UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOY ANDERSON,

        Plaintiff,

v.                                               CIVIL CASE NO. 05-73505
                                                   HON. MARIANNE O. BATTANI

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

## OPINION AND ORDER
## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on April 10, 2006, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and Defendant's Motion for Summary Judgment is **GRANTED.  IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED.**

                                                     s/Marianne O. Battani
                                                    MARIANNE O. BATTANI
                                                    UNITED STATES DISTRICT JUDGE

DATED: May 10, 2006

## CERTIFICATE OF SERVICE

A Copy of this Order was mailed to Counsel of Record on this date by ordinary mail and/or electronic filing

s/Bernadette M. Thebolt<br>
DEPUTY CLERK